Argued and submitted September 2, reversed and remanded for reconsideration
October 14, 1992

In the Matter of the Compensation of
Eugene C. Brown, Claimant.
INTERNATIONAL PAPER COMPANY,
*Petitioner,*

*v.*

Eugene C. BROWN,
*Respondent.*

(WCB 91-01472; CA A73461)

838 P2d 82

Paul L. Roess, Lake Oswego, argued the cause and filed the brief for petitioner.

Karen M. Werner, Eugene, argued the cause for respondent. With her on the brief was Stebbins & Coffey, North Bend.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *SAIF v. Herron,* 114 Or App 64, 836 P2d 131 (1992).